UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL HAYES, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) Civil Action No. 24-CV-12291-AK <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | |

**ORDER**

**A. KELLEY, D.J.**

     Plaintiff Michael Hayes, currently in custody at the Old Colony Correctional Center, initiated this action by filing a *pro se* Complaint under <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971), and the Federal Tort Claims Act ("FTCA") against the Federal Bureau of Investigation ("FBI"), the FBI Director, and an FBI Agent identified as John Doe (a.k.a. Christopher Steffen, Kristen Steffen, and/or Torhackr). [Dkt. 1]. By Memorandum and Order dated March 7, 2025, Hayes was granted leave to proceed *in forma pauperis*, was assessed an initial, partial filing fee, and was advised that to the extent he wishes to proceed, he shall file an amended complaint. On April 15, 2025, Hayes filed an Amended Complaint against the United States pursuant to the FTCA. [Dkt. 21]. On July 7, 2025, Hayes filed a Motion for Leave to File a Second Amended Complaint accompanied by a proposed Amended Complaint. [Dkt. 25].

Accordingly,

1. The Motion for Leave to File a Second Amended Complaint [Dkt. 25] is **GRANTED**. The Clerk shall docket the proposed Second Amended Complaint as the Second Amended Complaint.

2. The Clerk shall issue a summons for the United States of America. The Clerk shall send the summons, Second Amended Complaint, and this Order to Hayes, who must thereafter serve the Defendant in accordance with Federal Rules of Civil Procedure 4(m), (i). Hayes shall have 90 days from the date of the issuance of the summons to complete service.

3. Because Hayes has been granted leave to proceed *in forma pauperis*, he may arrange for service by the United States Marshals Service. If directed by Hayes to do so, the United States Marshals Service shall serve the summons, Second Amended Complaint, and this Order upon the Defendant, in the manner directed by Hayes, with all costs of service to be advanced by the United States. Notwithstanding this Order to the United States Marshals Service, it remains Hayes' responsibility to provide the United States Marshals Service with all necessary paperwork and service information.

**SO ORDERED.**

Dated: July 10, 2025

      /s/ Angel Kelley
      Hon. Angel Kelley
      United States District Judge