**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MICHAEL HAYES, Plaintiff, | ) | |
| v. | ) | Civil Action No. 24-CV-12291-AK |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**ORDER**

**A. KELLEY, D.J.**

By Memorandum and Order dated August 5, 2026, the Defendant's Motion to Dismiss was granted and Plaintiff's Second Amended Complaint was dismissed with prejudice. [Dkt. 50]. On August 10, 2026, Hayes filed a letter expressing his dissatisfaction with the dismissal. Dkt. 52. Although he did not formally file a Notice of Appeal, Hayes filed a Motion for Leave to Proceed on Appeal *In Forma Pauperis* [Dkt. 5], with a copy of his prisoner trust account statement. [Dkt. 56].

Plaintiff was previously allowed to proceed *in forma pauperis* in this district court action. [See Dkt. 15]. As such, his motion is unnecessary. See Fed. R. App. P. 24(a)(3) (providing that a party who was permitted to proceed in forma pauperis in the district court may proceed on appeal in forma pauperis "without further authorization" unless the district court certifies that the appeal "is not taken in good faith").

Because Hayes is proceeding *pro se*, the Court construes his pleadings generously. See Haines v. Kerner, 404 U.S. 519, 520 (1972); Rodi v. New Eng. Sch. of Law, 389 F.3d 5, 13 (1st Cir. 2004). The Court will treat the August 10, 2026, letter as Hayes' Notice of Appeal.

Accordingly,

1. The motion for leave to appeal *in forma pauperis* is denied as moot.

2. The Clerk shall correct [Dkt. 52] as Hayes' Notice of Appeal and shall transmit a copy of this Order to the First Circuit Clerks Office forthwith.

**SO ORDERED.**

Dated: September 4, 2026

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge